AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA A. Reinitz)        20-063

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>LORE-ELISABETH BLUMENTHAL<br><br>*Defendant(s)* | Case No. 20-1002 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 30, 2020 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 844(f)(1) and (f)(2); and 2 (2 counts) | Knowing, intentional, and malicious damage and destruction, and attempt, by means of fire, a vehicle, creating substantial risk of injury; and aiding and abetting |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

/s Joseph Carpenter
*Complainant's signature*

Joseph Carpenter, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 06/13/2020

/s Timothy R. Rice
*Judge's signature*

City and state: Philadelphia, PA

Honorable Timothy R. Rice, U.S. Magistrate Judge
*Printed name and title*