IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF A COMPLAINT FOR THE PERSON OF: LORE-ELISABETH BLUMENTHAL | MAGISTRATE NO.  20-__1002__<br><br>**FILED UNDER SEAL** |

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, JOSEPH CARPENTER, Special Agent, Federal Bureau of Investigation, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Philadelphia, Pennsylvania Division, and have been so since February 2007.  During my time as a Special Agent I have conducted numerous investigations involving various criminal acts, including violent crime, of various individuals and organizations, and have authored numerous search and arrest warrants.

2.      I submit this affidavit in support of a complaint and warrant for the arrest of LORE-ELISABETH BLUMENTHAL (hereinafter, "BLUMENTHAL") as I believe there is probable cause that BLUMENTHAL, on or about May 30, 2020, in Philadelphia, maliciously damaged, destroyed, and attempted to do the same, two vehicles, specifically Philadelphia Police Cars 1612 and 2514, that are in whole and in part owned and possessed by the Philadelphia Police Department, an organization receiving Federal financial assistance, by means of fire, and directly and proximately created a substantial risk of injury to any person, in violation of  Title 18, United States Code, Section 844(f)(1) and (2), and Title 18, United States Code, Section 2.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      The Philadelphia Police Department receives federal funding.  Specifically, in May 2020, the Philadelphia Police Department was in receipt of federal funding from the Edward Byrne Memorial Justice Association Grant ("JAG"), identified as grants DJBX-0727, and DJBX-0465.

## BACKGROUND OF ARSON INVESTIGATION

5.      On or about May 25, 2020, George Floyd died while in the custody of the Minneapolis, Minnesota, Police Department. The circumstances surrounding Floyd's death drew national media attention. In the days following Floyd's death, large-scale protests were held throughout the United States.

6.      One such protest took place on or about Saturday, May 30, 2020, in and around Philadelphia, Pennsylvania.  While the protest earlier in the day was peaceful, violence erupted later on in the day.  Among other things, a group of individuals began to riot, smashing store fronts, looting stores, and attacking multiple marked Philadelphia Police Department (PPD) vehicles. These vehicles included one PPD sedan (number 2514), and one PPD sport utility vehicle (SUV) (number 1612) parked on the north side of City Hall, which were set on fire. Both vehicles were destroyed as a result of being set on fire. This is how the two vehicles appear after the fire (the SUV is the first picture, the sedan the second):





7.      On that day, at approximately 5:30 p.m., I witnessed a live, aerial news feed from

a helicopter that was covering the destruction of the aforementioned PPD vehicles. At this point

of the live coverage, the sedan was engulfed in flames. A white female, in a blue tee shirt and

jeans, wearing a brown/green backpack, grey gloves, multi-colored mask, and black boots, entered from the top of the frame and removed a flaming piece of a wooden police barricade from the rear window of the sedan that was already on fire, and then shoved the flaming wood into the SUV that was not on fire.  Within minutes of that, the SUV was then completely engulfed in flames.

        8.    Since watching these events live, I have examined additional video and photographs obtained by law enforcement.  These videos and photographs include, but are not limited to, the following:

    A.  On June 4, 2020, video was obtained from the FBI Philadelphia Public Affairs Officer (PAO) after I requested a copy of the live news feed. The FBI PAO was unable to find the news clip through open source methods, but was able to find a similar aerial clip that depicted the same scene described above. However, the clip that was obtained freezes right as the female subject grabs the wooden barricade. This allowed investigating agents to establish a general description of gender, race, clothing, and accessories of the female subject.

    B.  On June 9, 2020 the FBI received a video from the Department of Homeland Security Investigations (HSI), which located the video on the internet website Vimeo.  The video was viewed by the affiant and clearly depicts the same female subject removing a flaming piece of wooden barricade from the marked PPD sedan (number 2514) and shoving it through the window of the marked PPD SUV (number 1612).

C.  I also viewed a picture posted to the social media website Instagram that showed the female subject as she was throwing a flaming object towards the PPD sedan, which is seen below. The owner of this Instagram account was identified and provided photographs he had taken on May 30, 2020 in the city of Philadelphia to the FBI. Several of these photos depict the female subject.



D.  Another picture shows the female subject moving away from the sedan after it is
    on fire, and shows her backpack:



E.  A magnified and cropped image taken from this photograph of the female subject showed a tattoo of a stylized "peace sign" on her right forearm.



F.  On June 4, 2020, the FBI obtained approximately 500 photographs from an amateur photographer that was documenting the activity that day.  The female subject was captured in several photographs without the multi-colored mask covering her face. As seen below, one of the photographs shows the female subject's tee shirt from the front. Visible on the tee shirt is writing that reads "KEEP THE IMMIGRANTS, DEPORT THE RACISTS." In this picture, she is also seen wearing protective goggles.



9.      In all of these videos and pictures, the subject is seen wearing white-grey gloves. Based on my training and experience, and in consultation with other law enforcement agents, I believe these gloves to be flame-retardant gloves. The fact that the subject is wearing these gloves, as well as the protective goggles described above, is evidence of intent and planning to engage in activities that could potentially hurt her hands and/or eyes, including arson.

## <u>IDENTIFICATION OF THE FEMALE SUBJECT</u>

10.     On June 9, 2020, the FBI identified that the tee shirt worn by the female subject is unique and sold by an Etsy store identified herein as "Etsy Store A." Etsy is a website that focuses on handmade and vintage items, as well as art and craft supplies. The items include art, photography, clothing, jewelry, edibles, quilts, and toys. Etsy is modeled after open craft fairs that give sellers personal storefronts where they can list their goods.

11.     On the same date, I and other FBI agents viewed the publically-available Etsy webpage for the "KEEP THE IMMIGRANTS, DEPORT THE RACISTS" tee shirt sold by Etsy Store A. On this webpage, I observed that the appearance of the tee shirts for sale on this page appeared to match the style and font of the writing on the tee shirt of the female subject. On the webpage advertising this tee shirt, users are allowed to post comments. These comments were reviewed, and it was found that on March 24, 2020 a user with the display name of "Xx Mv" wrote a 5 star review stating, "Fast shipping, thanks very much!" The publically-available Etsy profile for "Xx Mv" displayed a user location of Philadelphia, PA, and the user name from the Etsy URL for that profile displays as "alleycatlore."

12.     Open source searches for user name "alleycatelore" returned a Poshmark user with a display name of "lore-elisabeth." Poshmark is a mobile fashion marketplace built around real-time social experiences. "Posh Parties" are themed, real-time shopping events where people gather to shop, share, and sell fashion right from their phones.

13.     Open source Searches for "Lore Elisabeth" in Philadelphia returned a website and a LinkedIn profile for an individual matching the name "Lore Elisabeth" who appears to be employed as a massage therapist with a company that provides massage therapy services.

9

14.     The website for this company has multiple massage therapy videos posted.  In these videos, a woman appearing to match the driver's license photograph of BLUMENTHAL is seen.  In several of these videos, which appear to be approximately four-years old based on the information visible on the publically-available website, this woman's (again, believed to be BLUMENTHAL) right forearm is visible with the identical tattoo of a "peace sign" in the same location on her right forearm as is observed in the photograph of the female arson subject in Philadelphia on May 30, 2020.  Additional tattoos appear around the "peace sign" tattoo observed in the photograph from May 30, 2020 that are not seen in the four-year-old video. However, the unique stylization of the "peace sign" tattoo appears to be identical in location, size, and appearance.  A screen shot of this tattoo from one of the videos is below:



15.     The massage therapy website further listed a phone number for Lore Elisabeth as 215-764-xxxx. The DHS Electronic System for Travel Authorization confirmed that this phone

number is associated with LORE BLUMENTHAL, with an address on the 300 block of W Duval Street, Philadelphia, Pennsylvania.

16.     A search of the Pennsylvania Department of Motor Vehicles records returned a DMV photo for LORE ELISABETH BLUMENTHAL, with a date of birth in October 1986, and an address on the 300 block of W. Duval Street, Philadelphia, PA.

17.     On June 9, 2020, Etsy Store A provided records pursuant to a grand jury subpoena concerning the sale of the tee shirt described above. The owner of the shop produced details of the transaction with "Xx Mv." This information confirmed that this user did purchase two tee shirts reading "KEEP THE IMMIGRANTS, DEPORT THE RACISTS" on March 10, 2020. One shirt was a size "S" (small) and the color "hot pink;" the other was a size "M" (medium) and in the color "light blue."  The shirt worn by the arson subject described above is consistent with a "light blue" color.  These tee shirts were subsequently shipped to "Lore Elisabeth" at an address on the 300 block of W. Duval Street, Philadelphia, Pennsylvania, 19144.

18.     On June 10, 2020 a Pennsylvania Department of Transportation search revealed a 2015 Toyota Rav4 registered to LORE BLUMENTHAL at the same address on the 300 block of W. Duval Street, Philadelphia, Pennsylvania.  On the same date, FBI Agents conducted surveillance at the same address and observed a Toyota Rav4 with PA license plate KZX0100 parked and unoccupied at/near that location.

## CONCLUSION

19.     I submit that this affidavit supports probable cause for an arrest warrant for

LORE-ELISABETH BLUMENTHAL for two counts of violations of  Title 18, United States

Code, Section 844(f)(1) and (2), and Title 18, United States Code, Section 2 for her actions on or

about May 30, 2020, in Philadelphia, when she maliciously damaged, destroyed, and attempted

to do the same, two vehicles, specifically Philadelphia Police Cars 1612 and 2514, that are in

whole and in part owned and possessed by the Philadelphia Police Department, an organization

receiving Federal financial assistance, by means of fire, and directly and proximately created a

substantial risk of injury to any person.

Respectfully submitted,


/s Joseph Carpenter_____
JOSEPH CARPENTER
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me
on June 13, 2020

    /s Timothy R. Rice_____
HONORABLE TIMOTHY R. RICE
*United States Magistrate Judge*

12