

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Amanda R. Reinitz*
*Direct Dial: (215) 861-8496*
*Facsimile: (215) 861- 8618*
*E-mail Address:  amanda.reinitz@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

June 16, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Lore-Elisabeth Blumenthal – 20-1002

Dear Clerk:

      Please unimpound the Complaint in regard to the above-captioned case.  The Complaint was filed on June 13, 2020.

      Very truly yours,

      WILLIAM M. McSWAIN
      United States Attorney


      /s Amanda R. Reinitz
      Amanda R. Reinitz
      Assistant United States Attorney